PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joel Figueroa-Cosme  **Docket Number:** 04-00147-003
 **PACTS Number:** 38750

**Name of Sentencing Judicial Officer:** HONORABLE Joseph A. Greenaway, Jr.

**Date of Original Sentence:** 05/17/2007

**Original Offense:** CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE, in violation of Title 21 U.S.C. § 846  [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)]

**Original Sentence:** Time Served (39 months imprisonment)

**Type of Supervision:** TSR (3 years)  **Date Supervision Commenced:** 03/17/07

**Assistant U.S. Attorney:** Jonathan W. Romankow, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Gary Mizzone, Esq., 245 Paterson Avenue, Little Falls, New Jersey 07204, (973) 785-8887

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On June 24, 2008, Figueroa-Cosme was arrested by the Manhattan Drug Enforcement Task Force. On June 24, 2008, a two-count criminal complaint was filed in the Criminal Court of the City of New York, County of New York. The complaint charges that on or about June 24, 2008, in New York County, the offender committed a local crime, to wit criminal possession of a controlled substance, first degree, in violation of PL 220.21, a Class A Felony and criminal possession of a controlled substance, third degree, in violation of PL 220.16, a Class B Felony. According to the complaint, Figueroa-Cosme knowingly and unlawfully possessed a substance containing a narcotic drug and said preparations, compounds, mixtures and substances of an aggregate weight of eight ounces or more and possessed said substance with intent to sell. The offender was indicted on June 30, 2008, and remains detained without bail. |

2     The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

As per information provided by the arresting officer, specifically Detective Genco, from the Manhattan Drug Enforcement Task Force, the offender traveled to Houston, Texas on June 13, 2008, and returned via New York City on June 23, 2008, via Jet Blue airlines. This information was also confirmed through boarding passes recovered from the offender's possession at the time of his arrest on June 24, 2008.

3     The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

As per information provided by Manhattan Drug Enforcement Task Force, Figueroa-Cosme associated with persons engaged in criminal activity which led to his arrest on June 24, 2008, and pending criminal charges.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa
U.S. Probation Officer
Date: 7/15/08

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

7-25-08
Date